LODGED
CLERK, U.S. DISTRICT COURT

AO 91 (Rev. 11/11)  Criminal Complaint

**8/2/2021**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ LM _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

AUG - 3 2021

CENTRAL DISTRICT OF CALIFORNIA
BY   D. Brown          DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

United States of America
v.
JOHN MATHEW PIECUCH

_____
            *Defendant(s)*

)
)
)
)
)
)
)

Case No.

5:21-mj-00514

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 9, 2021 _____ in the county of _____ Riverside _____ in the _____ Central _____ District of _____ California _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A (a)(2) | Receipt of Child Pornography |
| 18 U.S.C. § 1470 | Transfer of Obscene Material to Minors |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michelle Goessens, Special Agent/FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 3, 2021

_____
*Judge's signature*

City and state: _____ Riverside, California _____    Honorable Kenly Kiya Kato, Magistrate Judge
*Printed name and title*

*AUSA:* Tritia Yuen:  951-276-6222

**AFFIDAVIT**

I, Michelle Goessens, being duly sworn, declare and state as follows:

## I.   PURPOSE OF AFFIDAVIT

1.   This affidavit is made in support of a criminal complaint against John Mathew Piecuch ("PIECUCH") for a violation of 18 U.S.C § 2252A (a)(2) (Receipt of Child Pornography) and 18 U.S.C. § 1470 (Transfer of Obscene Material to Minors) (together, the "SUBJECT OFFENSES").

2.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II.   BACKGROUND OF AFFIANT

3.   I have been a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") since June 2016.  Presently, I am assigned to Violent Crime Squad of the Riverside Resident Agency, Los Angeles Field Office.

4.   Prior to my employment with the FBI, in 2003 I was employed as a law enforcement officer with the Wilmington Police Department ("WPD"), Wilmington, North Carolina.  During my employment with WPD, I was assigned to uniformed patrol and a

1

gang unit.  The last several years at WPD, I was assigned to the FBI Safe Streets Task Force ("SSTF"), where I was deputized by the FBI as a Task Force Officer working gang investigations, and where I concentrated on federal investigations of drugs and violent crime.

5.    Since being employed with the FBI, I have worked various criminal/violent crime investigations, including, but not limited to, investigations pertaining to drugs, gangs, robberies, weapons offenses, and crimes against children.

6.    Currently, I work on the Inland Regional Child Exploitation and Human Trafficking Task Force and with the Riverside County Internet Crimes Against Children/Sexual Assault Felony Enforcement Team. I primarily investigate crimes involving child pornography, the sexual exploitation of children, human trafficking, and other related matters. I have gained experience through daily work related to these types of investigations and from speaking with experienced investigators in this field. I have participated in the execution of search warrants, several of which involved the sexual exploitation of children and/or child pornography. Many of the search warrants resulted in the seizure of computers, cellular telephones, electronic storage devices, and other items and media which included evidence of these violations. Additionally, I have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256) seized from online accounts, electronic media, computers, and digital devices.

### III.  SUMMARY OF PROBABLE CAUSE

7.   In January 2021, the Carroll County Sheriff's Office ("CCSO"), Westminster, Maryland, initiated an investigation into the sexual exploitation of two minor victims, 12-year-old "MINOR-1" and 5-year-old "MINOR-2." MINOR-1 was communicating with an unknown subject who she knew by the name "Matthew" on Roblox and on her iMessage. During their conversations, the unknown subject identified himself as a 13-year-old boy who lived in California.

8.   The ensuing investigation indicated that in December 2020, MINOR-1 befriended "Matthew" on the Roblox internet platform and began chatting within Roblox. In January 2021, MINOR-1 and "Matthew" moved their conversations to iMessage. "Matthew" was using telephone number 951-330-1223 (the "SUBJECT PHONE NUMBER") to text with MINOR-1 within the iMessage application.

9.   MINOR-1 was using her iPhone 8 to text with "Matthew" on iMessage. Within the messages, "Matthew" requested MINOR-1 to take sexually explicit images of herself and MINOR-2, to which MINOR-1 complied. "Matthew" also provided instructions to MINOR-1 on how to masturbate herself, requested MINOR-1 to engage in sexual acts with MINOR-2, and requested additional sexually explicit photographs of MINOR-1 and MINOR-2. Additionally, MINOR-1 received numerous images depicting a nude penis from "Matthew," which he said was of himself.

10.  The mother of MINOR-1 found the iMessage text conversation on MINOR-1's iPad Mini 4. MINOR-1 deleted the

iMessage conversation on the iPhone 8, however the iCloud account on the iPhone 8 was also linked to the iPad Mini 4, which allowed her mother to see the iMessage conversations.

11.  The CCSO requested the assistance of FBI Baltimore with the investigation. CCSO and FBI Baltimore learned from law enforcement database searches and subscriber information that the SUBJECT PHONE NUMBER was associated to PIECUCH at 26216 Frazier Street, Hemet, California 92544 ("SUBJECT PREMISES"). PIECUCH is an adult male born on x/xx/1960[1], who resides at the SUBJECT PREMISES. FBI Baltimore subsequently transferred the investigation to FBI Los Angeles/Riverside, due to PIECUCH and the SUBJECT PREMISES being located within the jurisdiction of FBI Riverside.

12.  On July 21, 2021, a search warrant[2] was executed at PIECUCH's home, the SUBJECT PREMISES. During the search of the home, investigators located items in the home which appeared to be the same items observed in the background of the images with the nude penis sent to MINOR-1 on iMessage and an iPhone 8 utilizing the SUBJECT PHONE NUMBER with username "John Piecuch" and Apple ID jp.inbox@hotmail.com.

---

[1] PIECUCH's full birthdate is known to law enforcement but has been redacted here for privacy reasons.

[2] On July 20, 2021, the Honorable Kenly Kiya Kato, United States Magistrate Judge for the Central District of California, authorized a search warrant, Case No. 5:21-MJ-00486, for the SUBJECT PREMISES.

## IV.   STATEMENT OF PROBABLE CAUSE

13.   Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

### A.   Background on Roblox Corporation

14.   On or about April 5, 2021, SA Goessens reviewed Roblox's publicly viewable website at www.Roblox.com. A summary of the review indicated that Roblox is an online platform which houses content and games created by Roblox members and users. Roblox allows users to develop games, play games, and use content created by users within the platform. Additionally, aside from gaming, Roblox users are able to chat and message amongst each other.

15.   According to Roblox's website, it describes itself as "a global platform where millions of people gather together every day to imagine, create, and share experiences with each other in immersive, user-generated 3D worlds. The types of gameplay on Roblox are just as limitless as the imagination of the creators themselves. All the online games you see on the platform have been built by members of the Roblox community for members of the Roblox community. Players can build the ultimate theme park, compete as a professional race car driver, star in a fashion show, become a superhero, or simply design a dream home and hang out with friends. Roblox is free to download and free to play on all modern smartphones, tablets, computers, Xbox One, Oculus Rift, and HTC Vive."

16.  According to the publicly viewable "Roblox Privacy and Cookie Policy" link on the website, all users must create a Roblox Account to play games. To create a Roblox account, the user will create a unique username and password to log in to the account. The user is asked to provide other information such as age or date of birth, gender, regional location or language preference to customize the "experience on Roblox."

17.  Users may be asked to provide or may choose to add an email address to their account for added verification and/or to enable certain features. The primary purpose for this email address is to provide account security, as this is the only way for Roblox to check the authenticity of an account owner. Children are asked to provide a parent email address. Users may change the email address associated with their account at any time. A user may also provide additional information such as a telephone number, which will allow mobile access.

18.  Also, within the publicly viewable "Roblox Privacy and Cookie Policy" link, a description is provided of how Roblox works:

a.   A user creates a username and virtual character that is the user's identity in the "Roblox world."

b.   Registered users interact with other users through in-game or website chat, personal messaging (within the Roblox environment), user forums, groups, and other similar features, with available privacy settings designed to allow users to restrict or disable communications with other users.

    c.   Each user is given one or more pieces of virtual real estate on which they can build houses, cars, machines, roller coasters, or anything else you can imagine with building blocks and code; these places are called "games."

    d.   Users search for, find, and play games made by other users; they play these games with other users from around the world, and are identified only by their username.

    e.   The Roblox world includes a virtual currency known as Robux; users can earn or purchase Robux in a variety of ways and use them to buy or sell items for their characters, for in-game items, and other uses.

    f.   Users who earn a large amount of Robux virtual currency are allowed to sell that currency back to Roblox subject to certain participation requirements.

    g.   Users can purchase premium services, including monthly or yearly subscriptions.

19.   According to Roblox's "Frequently Asked Questions" link, the chat system is described as being accessible everywhere on the site and in-game. Roblox uses a filtering system for chatting and for users that are age 12 and under are placed on a more restrictive chat system to protect their privacy and safety. When a user is age 12 and under, they are placed on a controlled privacy setting to only allow direct messages to users that are accepted as friends on Roblox. Parents also have the ability to restrict or disable the chat function entirely.

20.   According to information provided to me by a Roblox Corp. law enforcement response representative, Roblox reviews text content and every photo uploaded onto their platform by Roblox human moderators before it is allowed on the Roblox site. In addition, Roblox utilizes the "PhotoDNA" tool to identify suspected child pornography images uploaded by its users to the Roblox platform. "PhotoDNA" is a software tool and product of Microsoft. According to Microsoft:

a.   PhotoDNA creates a unique digital signature (known as a "hash") of an image which is then compared against signatures (hashes) of other photos to find copies of the same image. When matched with a database containing hashes of previously identified illegal images, PhotoDNA is an incredible tool to help detect, disrupt and report the distribution of child exploitation material.

**B.   <u>Background on Services Provided by Apple, Inc.</u>**

21.   Based on a review of information provided by Apple regarding its services, information provided by other law enforcement officers, and my training and experience, I am aware of the information contained in this section of the affidavit regarding Apple.

22.   Apple is a United States consumer electronics company that produces devices, including the iPhone, iPad, and iPod Touch, Apple Watch, and Apple TV all of which use Apple operating system software (including iOS, iPadOS, watchOS, and tvOS) the iOS operating system, and desktop and laptop computers based which use on the Mac OS operating system.

23.   Apple provides a variety of services that can be accessed from Apple devices or, in some cases, other devices via web browsers or mobile and desktop applications ("apps").  As described in further detail below, the services include email, instant messaging, and file storage:

a.   Apple provides email service to its users through email addresses at the domains mac.com, me.com, and icloud.com.

b.   iMessage and FaceTime allow users of Apple devices to communicate with each other in real-time.  iMessage enables users of Apple devices to exchange instant messages ("iMessages") containing text, photos, videos, locations, and contacts, while FaceTime enables those users to conduct video calls.  The iMessage and FaceTime services are exclusive to Apple devices.

c.   iCloud is a file hosting, storage, and sharing service provided by Apple.  iCloud can be utilized through numerous iCloud-connected services and can also be used to store Apple device backups and data associated with third-party apps.

d.   iCloud-connected services allow users to create, store, access, share, and synchronize data on Apple devices or via icloud.com on any Internet-connected device.  For example, iCloud Mail enables a user to access Apple-provided email accounts on multiple Apple devices and on icloud.com.  iCloud Photo Library and My Photo Stream can be used to store and manage images and videos taken from Apple devices, and iCloud Photo Sharing allows the user to share those images and videos with other Apple subscribers.  iCloud Drive can be used to store

presentations, spreadsheets, and other documents.  iCloud Tabs enables iCloud to be used to synchronize webpages opened in the Safari web browsers on all of the user's Apple devices.  iWork Apps, a suite of productivity apps (Pages, Numbers, and Keynote), enables iCloud to be used to create, store, and share documents, spreadsheets, and presentations.  iCloud Keychain enables a user to keep website username and passwords, credit card information, and Wi-Fi network information synchronized across multiple Apple devices.  iCloud can also be used to back up various settings and history of a user's activity, such as searches and web history.

24.  Apple services are accessed through use of an "Apple ID," an account created during the setup of an Apple device or through the iTunes or iCloud services.  A single Apple ID can be linked to multiple Apple services and devices, serving as a central authentication and syncing mechanism.

25.  An Apple ID takes the form of the full email address submitted by the user to create the account; it can later be changed.  Users can submit an Apple-provided email address (often ending in @icloud.com, @me.com, or @mac.com) or an email address associated with a third-party email provider (such as Gmail, Yahoo, or Hotmail).  The Apple ID can be used to access most Apple services (including iCloud, iMessage, and FaceTime) only after the user accesses and responds to a "verification email" sent by Apple to that "primary" email address.  Additional email addresses ("alternate," "rescue," and

"notification" email addresses) can also be associated with an Apple ID by the user.

### C.   <u>Initial Investigation by CCSO, January 10, 2021</u>

26. On or about the morning of January 10, 2021, A.H., the mother of MINOR-1 and MINOR-2, located an iMessage text conversation on MINOR-1's iPad Mini 4 that began on the evening of January 9, 2021, between MINOR-1 and the user of the SUBJECT PHONE NUMBER. A.H. observed within the text conversation that MINOR-1 sent images depicting her nude breasts and nude vagina, and received an image of a nude penis from the user of the SUBJECT PHONE NUMBER. The user also described sexual acts he wanted to do with and see of MINOR-1.

27. A.H. confronted MINOR-1 about the text conversation. MINOR-1 said she knew the user of the SUBJECT PHONE NUMBER as "Matthew" and said he lived in San Diego. MINOR-1 said she met "Matthew" on the Roblox gaming application and his Roblox username was "mathais_cruize." MINOR-1's username for her Roblox account was fluffyunikitty09 (the "MINOR-1 ROBLOX USERNAME"), which she used to chat with "Matthew" on Roblox. MINOR-1 admitted to having provided her personal cellphone number to "Matthew" and they began texting on iMessage during the evening of January 9, 2021.

28. From A.H.'s initial review of the text conversation on the iPad Mini 4, A.H. did not see that MINOR-1 had communicated to "Matthew" MINOR-1's age. Upon finding the messages, A.H. sent a message to the SUBJECT PHONE NUMBER, within their existing

iMessage conversation that MINOR-1 was 12-years-old and that A.H. was going to report the conversation to the police.

29.   On or about January 11, 2021, the CCSO submitted a preservation request to Roblox for the MINOR-1 ROBLOX USERNAME and the Roblox username "mathais_cruize." Roblox responded the request and advised they did not have an account for "mathais_cruize." It is possible that the "mathais_cruize" account no longer exists after de-activation or that MINOR-1 did not remember the correct spelling of the account username.

###   D.   **Interviews by CCSO – January 11, 2021**

30.   During the ensuing investigation by CCSO, on or about January 11, 2021, a separate interview of A.H. was conducted by CCSO Detective Jill Moore. A.H. also provided photographs of the beds of MINOR-1 and MINOR-2, as requested by Detective Moore. A.H. advised that since the initial report, MINOR-2 told her that MINOR-1 took photos of her "girl parts." MINOR-1 confirmed with A.H. that she took photographs of MINOR-2 after "Matthew" asked her for them, because she was scared and did not know what to do. A.H. did not see the photographs of MINOR-2 when she reviewed the text conversation on the iPad Mini 4. A.H. advised that MINOR-1 has the Roblox application downloaded on the iPhone 8, which is the same device she was using to text message with "Matthew" on iMessage. MINOR-1 deleted the iMessage conversation on her iPhone 8, but the same iMessage conversation remained on the iPad Mini 4, because the two devices are connected to MINOR-1's Apple iCloud account.

31.     Detective Moore conducted a review of the iMessage
conversation on the iPad Mini 4. Detective Moore observed
numerous sexually explicit images sent by MINOR-1 depicting
child pornography, images of MINOR-2's nude vagina sent by
MINOR-1, numerous images of an erect penis sent by "Matthew,"
and sexually explicit messages sent from the user of the SUBJECT
PHONE NUMBER indicating sexual acts he wanted to perform on
MINOR-1 and MINOR-2. Detective Moore also observed a text
message from MINOR-1 to "Matthew" in which MINOR-1 identified
herself as being 12-years-old. A.H. agreed to let Detective HUFF
seize both devices and have the contents of the two devices
downloaded and analyzed. A.H. signed a form consenting to search
and seizure of the two devices.

32.     Detective Moore interviewed MINOR-1, who admitted that
she met "Matthew" on December 22, 2020, while playing the game
Royale High on Roblox. MINOR-1 friended him and began chatting
with "Matthew" within Roblox. MINOR-1 recalled "Matthew's"
Roblox username as "mathaias_cruize," which was slightly
different spelling than the username she provided during the
initial police report on January 10, 2021, which was
"mathais_cruize." MINOR-1 said she could not remember the exact
spelling. MINOR-1 believed the true name for the subject she was
chatting with was "Matthew," because he listed that as his
Roblox "bio-name." When the initial report was taken, MINOR-1
tried to locate "Matthew's" Roblox account with law enforcement
in her presence, but was unable to find his Roblox account.
MINOR-1 said she unfriended "Matthew" on Roblox because she did

not want to speak to him anymore, this occurred before MINOR-1 attempted to find "Matthew's" account with law enforcement.

33.  MINOR-1 admitted that on January 8, 2021, MINOR-1 provided "Matthew" with her personal cell phone number where they began an iMessage conversation. MINOR-1 said sexually explicit messages were sent on both the Roblox chat and the iMessage conversation. No photographs were shared on Roblox, and MINOR-1 explained photographs cannot be shared on Roblox. MINOR-1 stated that "Matthew" told her that he was 13-years-old and lives in San Diego.

34.  On or about January 12, 2021, the CCSO submitted a preservation request to Roblox for the Roblox username "mathaias_cruize." Roblox responded to the request and advised they did not have an account for "mathaias_cruize." It is possible that the account no longer exists after de-activation or the second spelling of the username provided by MINOR-1 was also incorrect.

### E.    Forensic Interview of MINOR-1 – January 12, 2021

35.  On or about January 12, 2021, MINOR-1 was interviewed by Child Protective Services Investigator April Graham. During the forensic interview, MINOR-1 provided the following information:

a.    On December 22, 2020, MINOR-1 met a subject who she knew as "Matthew" with the Roblox username "mathais_cruize"/ "mathaias_cruize." MINOR-1 was using her MINOR-1 ROBLOX USERNAME. Their chats on Roblox were infrequent. "Matthew" told her he was 13-years-old and lived in San Diego. "Matthew" told

her that he liked younger girls. "Matthew" asked for MINOR-1's phone number, and she told him that she was 12-years-old, and was too young to give it out. "Matthew" continued to ask for her telephone number and believes she may have given it to him on January 8, 2021[3].

      b.   MINOR-1 received an iMessage from "Matthew" and she confirmed that he was the same person from Roblox. During her conversations with "Matthew," he began sending inappropriate photographs of his "ding dong," and she estimated that he sent about 10 different photographs of his "ding dong." "Matthew" asked MINOR-1 for photographs of her "private parts," and MINOR-1 sent him a photograph of her unclothed "girl part." MINOR-1 described "girl parts" are used to pee. MINOR-1 also sent a separate picture of her unclothed chest, at the request of "Matthew" to not wear clothes.

      c.   In the iMessage conversation, MINOR-1 told "Matthew" that she had a little sister ("MINOR-2"). "Matthew" asked for photographs of MINOR-2's "girl part." MINOR-1 told "Matthew" that MINOR-2 was 5-years-old and asleep in the bunk bed of their shared room, but he repeatedly asked her for the photographs of MINOR-2.

      d.   MINOR-1 complied with "Matthew's" request and took a photograph of MINOR-2's unclothed vagina and sent it to

---

[3] Based upon the timeline of when A.H. found the iMessage conversation on the iPad Mini 4 and the extraction report of the iPad Mini 4, it is possible that MINOR-1 may have been mistaken about the start of the iMessage conversation. A review of the device by A.H. and extraction report appear to indicate the text messages began on January 9, 2021, as opposed to January 8, 2021.

"Matthew." MINOR-1 obtained the photograph by pulling down MINOR-2's pants and underwear. MINOR-2 was initially sleeping, but she was awoken when MINOR-1 took the photograph.

   e. "Matthew" repeatedly asked for more photographs of MINOR-1 and MINOR-2's "girl parts" and photographs of MINOR-1's chest. "Matthew" asked MINOR-1 to do other things with her sister, such as play dress up. "Matthew" also wanted her to do a different kind of play. MINOR-1 was uncomfortable verbally explaining the other kind of play, but wrote, "lick her private part and make her lick mine."

   f. The next morning, her mother found the iMessage conversation on the iPad Mini 4. MINOR-2 also told their brother that MINOR-1 took a photograph of her "private parts." MINOR-1's iPhone is connected to her iPad Mini 4 and the iMessage conversation also appeared on the iPad Mini 4, although MINOR-1 deleted the conversation off her iPhone.

   **F.** **Forensic Interview of MINOR-2 on January 12, 2021**

  36. On or about January 12, 2021, MINOR-2 was interviewed by Child Protective Services Investigator April Graham. During the forensic interview, MINOR-1 provided the following information:

   a. MINOR-2 remembered MINOR-1 taking a photograph of "where I go potty." MINOR-2 pointed with her hand above her vaginal area, to indicate to the Investigator the location of "where I go potty." MINOR-2 sleeps on the bottom bunk bed in the bedroom she shares with MINOR-1. MINOR-2 recalled that she was asleep and was awoken when MINOR-1 pulled her pants and

underwear down. MINOR-1 took a photograph, then pulled her pants and underwear up. During the incident, MINOR-1 asked her if she trusted her, MINOR-2 said she did. MINOR-2 believes that MINOR-1 sent the photograph to a friend.

### G.    Review of Forensic Extraction of iPad Mini 4

37.   On or about January 11, 2021, A.H. provided written consent to the CCSO to search MINOR-1's:

    a.    White iPhone 8, serial number FD4W628VJCLN; and

    b.    iPad Mini 4, serial number F9FTP0D6GHMN

38.   On or about January 19, 2021, a forensic extraction of these devices was completed by FBI Baltimore. I was provided a copy of the forensic extraction report of the iMessage chats between MINOR-1 and the SUBJECT PHONE NUMBER from the iPad Mini 4.

39.   I reviewed the iMessage chat conversation. It appears the conversation began the evening of January 9, 2021, and continued through the morning of January 10, 2021, and "Matthew" was using the SUBJECT PHONE NUMBER. The following text messages are from this portion of the conversation and not exhaustive of all messages exchanged:

    a.    Matthew: Hi (1/9/2021 8:25:09 PM(UTC-5)

    b.    MINOR-1: Hey (1/9/2021 8:25:39 PM(UTC-5)

    c.    MINOR-1: Is this matthew from roblox? (1/9/2021 8:26:28 PM(UTC-5)

    d.    Matthew: Yes (1/9/2021 8:27:41 PM(UTC-5)

    e.    Matthew: I love you (1/9/2021 8:28:06 PM(UTC-5)

40.  Their text conversation continued, and "Matthew" told MINOR-1 that his parents said they could text and send photos, but he could not send personal information or "face shots" until he knows her better. "Matthew" may have told MINOR-1 that he was unable to send her that information to hide his true age and identity from MINOR-1.

41.  "Matthew" asked if he could send photos of other things and that he wanted photos of MINOR-1's body. "Matthew" specifically asked to see MINOR-1's "P."

  a.  Based upon the context of the conversation I believe "Matthew" is abbreviating and using slang terminology for a vagina. I believe that "P" is an abbreviation referring to "pussy," which is slang terminology for the vagina.

42.  "Matthew" asked MINOR-1 questions about MINOR-2's clothing and if they ever walk around their room together without clothing. Then, "Matthew" asked MINOR-1 if she believes MINOR-2 had a "nice pussy" and continued to talk about MINOR-1's vagina.

43.  Within a portion of the conversation, "Matthew" referenced that his mother was Asian and "she is totally ok with kids being with there family" and "grew up where all the women and girls please the men in the house." I believe "Matthew" attempted to make MINOR-1 feel more comfortable with the sexual nature of their iMessage conversation by giving an example of how it is considered normal for children to please men.

44.  "Matthew" continued to asked MINOR-1 to see her "pussy" and that he wanted to see her body. MINOR-1 and

18

"Matthew" began to exchange iMessages about various sex acts. MINOR-1 was not responding to "Matthew" as quickly as he would like and asked her why it was taking her so long to respond. MINOR-1 told "Matthew" her mother just went to bed, implying she could now respond to him. MINOR-1 then sent a nude image of her vagina to "Matthew". The following text messages are from this portion of the conversation and not exhaustive of all messages exchanged:

     a.   MINOR-1: Ok phew my mom went to bed (1/9/2021 9:13:48 PM(UTC-5)

     b.   MINOR-1: Wanna see it now? (1/9/2021 9:13:59 PM(UTC-5)

     c.   Matthew: Yes (1/9/2021 9:14:09 PM(UTC-5)

     d.   MINOR-1: Ok (1/9/2021 9:14:14 PM(UTC-5)

     e.   Matthew: I love you (1/9/2021 9:15:26 PM(UTC-5)

     f.   Matthew: You there (1/9/2021 9:16:27 PM(UTC-5)

     g.   Matthew: Bbg? (1/9/2021 9:17:16 PM(UTC-5)

     h.   MINOR-1: Sent image 63193778976__671A5BA4-1D8E-489F-826F-A842912C03B6.HEIC (1/9/2021 9:17:24 PM(UTC-5)

     i.   This image depicts what appears to be a close-up view of a white pubescent nude vagina with dark pubic hair, of a female who is approximately 12 years old. The female appears to be laying on a white sheet with small pink and blue flowers and small brown horses. A dark cord, which resembles a cell phone charging cable, was lying across the sheets under her buttocks. Her thighs appear to be vertical and her legs are

spread apart. The camera is focused on the area between her legs and the camera angle appears to be above the vagina area.[4]

ii.   I reviewed the photographs provided by A.H. of the victims' bedroom. I observed what appeared to be the same sheets and black cord on the bed.

i.   MINOR-1: I'm so Embarrassed.,. (1/9/2021 9:17:47 PM(UTC-5)

j.   Matthew: No don't be (1/9/2021 9:17:58 PM(UTC-5)

k.   Matthew: That is so hot (1/9/2021 9:18:11 PM(UTC-5)

45.  "Matthew" appeared to be asking MINOR-1 for more photographs of her vagina, and asked her to "spread it open wide as you can." The following text messages are from this portion of the conversation and not exhaustive of all messages exchanged:

a.   MINOR-1: Sent image 63193801148__AC71179D-213A-46B4-B194-96AF0B57D0DE.HEIC (1/9/2021 9:20:22 PM(UTC-5)

i.   This image depicts what appears to be a close-up view of a white pubescent nude vagina with dark pubic hair of a female who is approximately 12 years old. The female appears to be laying on a white sheet with small pink and blue flowers and small brown horses. A dark cord, which resembles a cell phone charging cable, was lying across the sheets under her

---

[4] This image will be made available for the Court's review at the appointment with the Court to swear to the affidavit. After I swear to the affidavit, this image will be kept in a sealed envelope and maintained in a secure location.

buttocks. The camera is focused on her vagina and the camera angle appears to be above the vagina area.[5]

       ii.  I reviewed the photographs provided by A.H. of the victims' bedroom. I observed what appeared to be the same sheets and black cord on the bed.

    b.  Matthew: Your pussy is so hot (1/9/2021 9:20:39 PM(UTC-5)

    c.  Matthew: I want to eat it (1/9/2021 9:21:21 PM(UTC-5)

       i.  Based upon the context of the conversation and my experience in these investigations, it is believed the subject is telling MINOR-1 that he would like to orally copulate MINOR-1.

46.  "Matthew" asked MINOR-1 to take a photograph of MINOR-2's vagina. MINOR-1 said MINOR-2 was sleeping in shorts and would probably wake up if she pulled the shorts down to take a photograph. MINOR-1 took the photograph of MINOR-2 and awoke her. After MINOR-1 took the photograph, she asked "Matthew" for a photograph. The following text messages are from this portion of the conversation and not exhaustive of all messages exchanged:

    a.  Matthew: I want to see your sister pussy to (1/9/2021 9:28:20 PM(UTC-5)

---

[5] This image will be made available for the Court's review at the appointment with the Court to swear to the affidavit. After I swear to the affidavit, this image will be kept in a sealed envelope and maintained in a secure location.

b.   MINOR-1: I'll try she's wearing shorts (1/9/2021 9:29:01 PM(UTC-5)

c.   MINOR-1: I just tryed and she slapped me in the face (1/9/2021 9:30:15 PM(UTC-5)

d.   MINOR-1: dam now she's awake (1/9/2021 9:31:26 PM(UTC-5)

e.   Matthew: See if she will play with you (1/9/2021 9:32:01 PM(UTC-5)

f.   MINOR-1: ima ask (1/9/2021 9:32:20 PM(UTC-5)

g.   MINOR-1: Sent image 63193888439__70B76E3D-C682-4AD2-A422-B2D34F2B28C4.HEIC (1/9/2021 9:35:22 PM(UTC-5)

i.   This image depicts what appears to be a white prepubescent female, approximately 5 years old, who appears to be naked from the waist down. The image is a close-up of the child's vagina and thigh area. A white powdery substance, which looks like baby powder, is on the child's vagina and stomach area. The child's legs are spread apart and what appears to be white fabric with blue stitching between her legs.[6]

h.   Matthew: Wow (1/9/2021 9:36:30 PM(UTC-5)

i.   Matthew: Spread her legs more (1/9/2021 9:37:03 PM(UTC-5)

j.   MINOR-1: she doesn't want me to do it anymore T-T (1/9/2021 9:37:30 PM(UTC-5)

---

[6] This image will be made available for the Court's review at the appointment with the Court to swear to the affidavit. After I swear to the affidavit, this image will be kept in a sealed envelope and maintained in a secure location.

k.   MINOR-1: Can I see yours now I really want to see it (1/9/2021 9:39:07 PM(UTC-5)

l.   Matthew: Sent image IMG_2090.heic (1/9/2021 9:39:25 PM(UTC-5)

i.   The image depicts what appears to be a close-up of a nude adult erect penis and scrotum of a light skin or white male. The penis is laid across the thigh of the male and there is light and dark pubic hair. The male has what appears to be grey sweatpants or athletic shorts which are pulled down around his thighs.

47.  "Matthew" continued to ask for more sexually explicit photographs of MINOR-1 and MINOR-2. He said he wanted "a lot more" photographs of MINOR-1 and MINOR-2. Based on the context of the conversation, it is believed that "Matthew" was asking to see more photographs of MINOR-1's and MINOR-2's nude vagina. Specifically, "Matthew" was instructing MINOR-1 how to take the photograph of MINOR-2's vagina. I also believe he was asking MINOR-1 to lick MINOR-2's vagina. The following text messages are from this portion of the conversation and not exhaustive of all messages exchanged:

a.   Matthew: I want to see your sister pussy again (1/9/2021 9:47:52 PM(UTC-5)

b.   MINOR-1: Ok (1/9/2021 9:47:58 PM(UTC-5)

c.   Matthew: Pull it open (1/9/2021 9:48:13 PM(UTC-5)

d.   Matthew: So I can see in her hole (1/9/2021 9:48:32 PM(UTC-5)

e.   MINOR-1: Sent image 63193983867__662B41A4-411B-4CB5-A762-625D7E9ECAFF.HEIC (1/9/2021 9:51:12 PM(UTC-5)

i.   This image depicts what appears to be a white prepubescent female, approximately 5 years old, who appears to be naked from the waist down. The image is a close-up of the child's vagina and thigh area. A white powdery substance, which looks like baby powder, is on the child's vagina. The child's legs are closed.[7]

f.   MINOR-1: I couldn't get it open (1/9/2021 9:51:19 PM(UTC-5)

g.   MINOR-1: so what you want to see next of me (1/9/2021 9:52:53 PM(UTC-5)

h.   Matthew: I want to see you lick her (1/9/2021 9:53:25 PM(UTC-5)

i.   MINOR-1: She's mad at me (1/9/2021 9:53:42 PM(UTC-5)

j.   MINOR-1: I can't (1/9/2021 9:53:47 PM(UTC-5)

k.   MINOR-1: I'm sorry (1/9/2021 9:54:00 PM(UTC-5)

l.   Matthew: Don't make her mad (1/9/2021 9:54:07 PM(UTC-5)

m.   Matthew: I want her to have fun and do more pictures (1/9/2021 9:54:40 PM(UTC-5))

---

[7] This image will be made available for the Court's review at the appointment with the Court to swear to the affidavit. After I swear to the affidavit, this image will be kept in a sealed envelope and maintained in a secure location.

        n.    Matthew: And let you lick her (1/9/2021 9:55:21 PM(UTC-5)

48.  "Matthew" and MINOR-1 had a conversation about their ages. MINOR-1 told "Matthew" that she was 12-years-old and "Matthew" indicated that he was aware that MINOR-2 was 5-years-old. "Matthew" told MINOR-1 that he was 13-years-old and loved younger girls. The following text messages are from this portion of the conversation and not exhaustive of all messages exchanged:

        a.    MINOR-1: I'm sorry if I'm kinda young (1/9/2021 10:37:59 PM(UTC-5)

        b.    Matthew: I like you young (1/9/2021 10:38:19 PM(UTC-5)

        c.    Matthew: Are you kidding? (1/9/2021 10:38:33 PM(UTC-5)

        d.    Matthew: I think your 5 year old sister is hot (1/9/2021 10:39:03 PM(UTC-5)

        e.    MINOR-1: Lol she is a cutie (1/9/2021 10:39:14 PM(UTC-5)

        f.    Matthew: Why would I think you are to young? (1/9/2021 10:39:34 PM(UTC-5)

        g.    MINOR-1: Well I'm 12and you are probably like 16 (1/9/2021 10:39:54 PM(UTC-5)

        h.    Matthew: Nope (1/9/2021 10:40:08 PM(UTC-5)

        i.    Matthew: I'm 13 (1/9/2021 10:40:21 PM(UTC-5)

        j.    MINOR-1: I'm 1 year younger (1/9/2021 10:40:36 PM(UTC-5)

k.   Matthew: Yep (1/9/2021 10:40:43 PM(UTC-5)

l.   Matthew: And I love younger girls (1/9/2021 10:41:03 PM(UTC-5)

49.   "Matthew" continued to instruct MINOR-1 how to take photographs of her body. MINOR-1 complied and sent a photograph of her nude chest and vagina. The following text messages are from this portion of the conversation and not exhaustive of all messages exchanged:

a.   Matthew: I need more pictures (1/9/2021 11:25:55 PM(UTC-5)

b.   MINOR-1: Of my chest or p? (1/9/2021 11:26:24 PM(UTC-5)

c.   Matthew: Both (1/9/2021 11:26:38 PM(UTC-5)

d.   Matthew: Take a lot (1/9/2021 11:26:46 PM(UTC-5)

e.   MINOR-1: Ok (1/9/2021 11:27:12 PM(UTC-5)

f.   Matthew: And I want to see in your hole (1/9/2021 11:27:15 PM(UTC-5)

g.   Matthew: Spread as wide as you can (1/9/2021 11:27:43 PM(UTC-5)

h.   MINOR-1: Sent image 63194186824__4D842C20-7084-4891-AF86-4E904991E073.HEIC (1/9/2021 11:27:49 PM(UTC-5)

i.   This image depicts what appears to be a pubescent white female, approximately 12 years old, displaying her nude breasts and torso toward the camera. The image shows the child from her chin to her waist.

i.   Matthew: And pull it open (1/9/2021 11:27:58 PM(UTC-5)

26

    j. Matthew: Your chest is so perfect (1/9/2021 11:28:57 PM(UTC-5)

    k. Matthew: I love you nipples (1/9/2021 11:29:17 PM(UTC-5)

    l. MINOR-1: Sent image 63194583210__3D78FBAD-E204-4590-A097-5F77607AAFD7.HEIC (1/9/2021 11:30:57 PM(UTC-5)

     i. This image depicts what appears to be a close-up of a pubescent vagina of a female who is approximately 12 years old. The female is using her fingers to spread apart the labia of her vagina. There is a white milky substance on the labia of her vagina. Bedding or blankets can be seen, one depicts a blue and white geometric pattern and the other small horses. The child's legs are spread apart. The camera angle appears to be from above the vaginal region.[8]

    m. Matthew: Wow (1/9/2021 11:31:48 PM(UTC-5)

    n. Matthew: That is soo hot (1/9/2021 11:32:06 PM(UTC-5)

    o. Matthew: Your wet huh? (1/9/2021 11:32:21 PM(UTC-5)

 50. During the iMessage conversation, "Matthew" asked MINOR-1 if she has ever "orgasim" or "cum" before. Based on the context of the conversation, I believe "orgasim" was a typo, and he intended to text "orgasm," and "cum" is slang terminology for male ejaculation, although within the conversation "Matthew"

---

[8] This image will be made available for the Court's review at the appointment with the Court to swear to the affidavit. After I swear to the affidavit, this image will be kept in a sealed envelope and maintained in a secure location.

appears to be using it to describe female ejaculation also. MINOR-1 was not familiar with the terminology. "Matthew" described female and male ejaculation and that it happens during "fucking" or "playing." He also commented on the picture sent by MINOR-1 by telling her the "white stuff on your pussy" "Looks like cum." "Matthew" provided instructions to MINOR-1 on how to masturbate herself, and from the context of the conversation, it appears she was attempting to follow his instructions.

51.   "Matthew" sent MINOR-1 eleven images within one message of nude penises, which he implied in the conversation was his penis. The images appeared to vary from being erect, flaccid, and after ejaculation. One of the images "Matthew" sent was, IMG_2119.heic (1/10/2021 1:36:25 AM(UTC-5).

a.   This image depicts what appears to be a close-up of a light skin or white adult erect nude penis and scrotum. There is light colored pubic hair and near the tip of the penis there is a dark mark, that appears to be a birthmark or freckle. The penis pointed toward the torso of the male.

52.   Even after MINOR-1 and "Matthew" had a conversation about their respective ages, "Matthew" continued to seek additional sexually explicit photographs of MINOR-1 and MINOR-2. MINOR-1 then sent additional photographs of her nude chest and vagina at "Matthew's" request. Among other things, "Matthew" stated that he would like to "fuck" both MINOR-1 and MINOR-2. He also stated that he believes he "could fit inside" MINOR-2 and he wanted MINOR-1 to "think about me pushing that big dick in your sisters [MINOR-2's] cute little pussy." "Matthew" also

28

discussed he and MINOR-1 having a family and having sex with their children. "Matthew" then sent several photographs of his nude penis.

53.   During the iMessage conversation, "Matthew" stated that MINOR-1 told him that she "like to fuck in game." MINOR-1 admitted to law enforcement that she met "Matthew" while playing the Royale High game on Roblox, and that they had sexually explicit chats within Roblox and iMessage. I believe "Matthew" is referring to a chat conversation between MINOR-1 and "Matthew" while MINOR-1 was using the MINOR-1 ROBLOX USERNAME within Roblox.

54.   On January 10, 2021, at about 10:54 AM(UTC-5), A.H. sent a text message to "Matthew" on the SUBJECT PHONE NUMBER. A.H. told "Matthew" that MINOR-1 was 12-years-old and that this information was going to be sent to the police. That appears to the end of the iMessage conversation.

### H.   Identification of PIECUCH

55.   On or about January 13, 2021, FBI Baltimore SA Jeff Yesensky served an Administrative Subpoena 660917 upon Verizon for subscriber and account information associated with the SUBJECT PHONE NUMBER. On or about January 14, 2021, Verizon responded that the SUBJECT PHONE NUMBER was resold to Charter Communication, Inc.

56.   On or about January 15, 2021, SA Jeff Yesensky served Administrative Subpoena 662200 upon Charter Communications, Inc. for subscriber and account information associated with the SUBJECT PHONE NUMBER. On or about January 22, 2021, Charter

Communication responded and reported that the SUBJECT PHONE
NUMBER was assigned to PIECUCH at the SUBJECT PREMISES and his
email address listed for the account was jp.inbox@hotmail.com.[9]

57.  On or about January 20, 2021, SA Jeff Yesensky caused
a search on LexisNexus Accurint, an online research tool for law
enforcement, for the information associated with the SUBJECT
PHONE NUMBER. The search revealed that PIECUCH, with a date of
birth x/xx/1960[10], Social Security Number ***-**-1313[11],
associated address of the SUBJECT PREMISES, was associated with
the SUBJECT PHONE NUMBER. During the query, PIECUCH was also
found to be associated with the email addresses
"jp.inbox@hotmail.com" and "johny_cruz@ymail.com", and Facebook
account www.facebook.com/john.piecuch.92.

58.  SA Yesensky caused a search of the California
Department of Motor Vehicles ("DMV") records of PIECUCH which
revealed a California Driver's License XXXX7542 for John Matthew
Piecuch. PIECUCH's DMV records indicted the same date of birth
and address as previously located in the searches.

     a.   Based upon the information located in the
searches, MINOR-1 knew the subject's name that she was chatting

---

[9] Charter Communications, Inc. advised they own the SUBJECT
PHONE NUMBER and maintain the subscriber records for the
account, but, at this time, all of Charter Communication's
mobile customers are on the Verizon network. For that reason,
Verizon would maintain the records and data pertaining to cell-
site and GPS for the SUBJECT PHONE NUMBER.

[10] PIECUCH's full birthdate is known to law enforcement but
has been partially redacted in this affidavit for privacy
reasons.

[11] PIECUCH's full social security number is known to law
enforcement but has been redacted in this affidavit for privacy
reasons.

and texting with as "Matthew." "Matthew" is a close spelling variation of PIECUCH's middle name "Mathew."

59. On or about March 18, 2021, I served Subpoena 678554 upon Roblox Corp., for subscriber and account information associated with the SUBJECT PHONE NUMBER. On the same day, Roblox responded and reported an account created on December 22, 2018, for Roblox username "Jerm_Boy1," with the SUBJECT PHONE NUMBER and email address "jp.inbox@hotmail.com." Roblox provided several IP addresses which were used to access the account "Jerm_Boy1." Roblox logs the first time and last time and account is accessed from an IP address, all IP log records are not maintained. The most recent IP addresses were:

    a.   76.171.149.31 ("SUBJECT IP 1") – first accessed on 1/23/2021 04:07:18 UTC and last accessed on 3/07/2021 15:28:38 UTC

    b.   23.243.83.148 ("SUBJECT IP 2") – first accessed on 9/13/2020 19:05:43 UTC and last accessed 3/2/2021 20:35:03 UTC.

60. On or about March 18, 2021, I served Administrative Subpoena 678918 upon Charter Communications for subscriber and account information for 23.243.83.148 ("SUBJECT IP 2") at 9/13/2020 19:05:43 UTC and 3/2/2021 20:35:03 UTC. On or about March 26, 2021, Charter Communications responded and reported the subscriber's name for the account was Linda Woods, 26151 Frazier St., Hemet, California 92544. This residence is approximately 6 houses away from the SUBJECT PREMISES.

31

61.   On or about March 19, 2021, I served Administrative Subpoena 678955 upon Charter Communications for subscriber and account information for 76.171.149.31 ("SUBJECT IP 1") on 1/23/2021 04:07:18 UTC and 3/07/2021 15:28:38 UTC, although the dates are outside the time frame of the SUBJECT OFFENSES. On or about March 27, 2021, Charter Communications responded and reported the subscriber's name for the account was PIECUCH at the SUBJECT PREMISES, with the SUBJECT PHONE NUMBER.

62.   On or about March 18, 2021, I served Administrative Subpoena 678553 upon Apple for subscriber and account information for: John Piecuch and the SUBJECT PHONE NUMBER and/or John Piecuch and the SUBJECT PREMISES. On or about May 5, 2021, Apple provided results for the subpoena[12]. A review of the Account Details records provided an account for Apple ID jp.inbox@hotmail.com, created on February 29, 2012, for "John Piecuch." The day telephone number for the account was 951-765-9295, at 26374 Naomi Drive, Hemet, California, and listed the SUBJECT PHONE NUMBER (951-330-1223) as the Facetime/iMessage Phone and Two-Factor Authentication Phone. The email jp.inbox@hotmail.com was listed as the "verified" primary email and rescue email johny_cruz@ymail.com indicated that "verification email sent." A search of Accurint, an online research tool, of telephone number 951-765-9295 indicated PIECUCH was associated with that telephone number and the Naomi Drive address.

---

[12] Apple provided initial results on March 30, 2021, but I was unable to properly open/download the results. Apple resent the results on May 5, 2021.

63.   On or about April 7, 2021, FBI Task Force Officer
("TFO") Sean Patrick, Investigator with the Riverside Sheriff's
Office ("RSO"), conducted a query of the SUBJECT PREMISES within
his local law enforcement databases. TFO Patrick located a
report (D190680034) made by RSO on March 9, 2019, where PIECUCH
reported that he was a victim of an assault. The report
indicated the telephone number for PIECUCH was the SUBJECT PHONE
NUMBER and his address was listed in the report as the SUBJECT
PREMISES.

64.   On or about April 15, 2021, TFO Patrick caused a query
of the SUBJECT PREMISES within the Hemet Unified School
District. The results from the query were negative, indicating
that PIECUCH does not have children who attend a school within
the Hemet Unified School District. The search was conducted
because "Matthew" told MINOR-1 in the iMessage conversation that
he was 13-years-old. The SUBJECT PREMISES is within the Hemet
Unified School District.

65.   On or about April 28, 2021, I conducted a query for
www.facebook.com/john.piecuch.92 and located a Facebook account
with vanity name "John Piecuch." The account profile indicated
that he lives in Valle Vista, California, and from San Diego,
California. The background photograph, posted on June 21, 2014,
appears to depict PIECUCH and Marylou Dela Cruz Piecuch, who is
PIECUCH's wife. PIECUCH's profile photograph, posted on April 4,
2016, depicted a photograph that appeared to be PIECUCH driving
a vehicle, and "Marylou Dela Cruz Piecuch" commented on the
photograph. The hyperlink for "Mary Dela Cruz Piecuch" on her

33

comment took me to a Facebook account at
www.facebook.com/marylou.t.delacruz. The profile picture posted
on February 13, 2018, depicted what appears to be Marylou Dela
Cruz Piecuch and PIECUCH, within a heart and the word "Love"
written near the bottom of the photograph. A search of the
California DMV records of Marylou Dela Cruz Piecuch revealed
California Driver's License XXXX0487, her date of birth was
listed as xx/xx/1961[13], at the SUBJECT PREMISES. PIECUCH's and
Marylou Dela Cruz Piecuch's DMV photograph appeared to be the
same person as the images displayed on both Facebook accounts.

     a.  In MINOR-1's conversation with "Matthew," he told
her that he lived in San Diego. San Diego, California, was
listed as PIECUCH's hometown on the Facebook profile for "John
Piecuch."

     b.  From a review of both Facebook accounts, it does
not appear that PIECUCH or Marylou Dela Cruz Piecuch have minor
children living at their home.

    66.  On or about May 5, 2021, I served Administrative
Subpoena 691953, upon Charter Communications for subscriber and
account information associated with the SUBJECT PHONE NUMBER. On
or about May 12, 2021, Charter Communication responded to the
subpoena and reported that the account for the SUBJECT PHONE
NUMBER started on 3/17/2020 and is "Active." The account is
subscribed to PIECUCH at the SUBJECT PREMISES with email address
"jp.inbox@hotmail.com" assigned to the account. IMEI number

---

    [13] Marylou Piecuch's full birthdate is known to law
enforcement but has been partially redacted for privacy reasons.

356764087909355 was provided for the device was associated with the account. On May 20, 2021, I conducted an internet search on the public website www.IMEI.info to check for a device related to the IMEI. The results of the search indicated that the IMEI belongs to an Apple iPhone 8.

     a.   I reviewed the "Details" section of the iPad Mini 4 extracted images sent by "Matthew" within the iMessage conversation with Minor-1. The "Details" provided Exchangeable Image File Format ("EXIF")[14] data for the images. It appeared all "Matthew's" images listed the "Camera maker" as "Apple" and the "Camera model" as "iPhone 8."

67.  On or about May 5, 2021, I served an Administrative Subpoena upon Microsoft Corporation for subscriber and account information for jp.inbox@hotmail.com. On or about May 21, 2021, Microsoft Corporation provided results for the subpoena. A review of the results indicated that the account was created in 2006, with registration profile name "Johny Cruz."

68.  On or about May 6, 2021, a search was conducted within records maintained by the California DMV for vehicles registered to PIECUCH. The records located a 2008 BMW sedan with California license plate 8LAS260 with Vehicle Identification Number WBAWB73568P040068 and a 2004 Chevrolet sedan with California license plate 7KQU427 and vehicle identification number 1G1YY22G245123169 were registered to PIECUCH and Marylou Piecuch

---

[14] EXIF data can potentially contain information about the photograph, such as the date and time the photograph was taken, make and model of the camera used to take the photograph, GPS location of where the photograph was taken, and other information pertaining to the details of the photograph.

at the SUBJECT PREMISES. A 2001 Chevrolet pickup truck with California license plate 6K73324 and vehicle identification number 1GCEC19VX1Z131369 was registered to PIECUCH and Duran Jamie Denise Pilar at the SUBJECT PREMISES.

69.  On or about May 25, 2021, I served Administrative Subpoena 656165[15] upon Apple for additional subscriber and account information for individually the SUBJECT PHONE NUMBER, the SUBJECT PREMISES, and jp.inbox@hotmail.com. On or about June 8, 2021, Apple provided results for the subpoena. A review of the results appeared to be the same Account Details record as the Apple Administrative Subpoena 678553 for Apple ID jp.inbox@hotmail.com for "John Piecuch." An Account Details record was also provided for Apple ID marylou_piecuch@yahoo.com at the SUBJECT PREMISES for "Marylou Piecuch" that was created on November 16, 2016. The telephone number 951-330-9153, with "verified" primary email marylou_piecuch@yahoo.com and a "verified" rescue email of jp.inbox@hotmail.com was listed on the account.

70.  On or about May 25, 2021, I served Administrative Subpoena 697078 upon Oath Holding Inc. for subscriber and account information for johy_cruz@ymail.com. On or about June 3, 2021, Oath Holding Inc. provided results for the subpoena. A review of the results indicated that the account was created in 2011 with the registered name "John Piecuch." The verified alternate email jp.inbox@hotmail.com and the SUBJECT PHONE

---

[15] On May 24, 2021, Non-Disclosure Order 2:21-MJ-00365 was signed for this subpoena by United States Magistrate Judge Sheri Pym.

NUMBER and 951-330-9153 (the telephone number provided by Apple
for Apple ID marylou_piecuch@yahoo.com) were indicated on the
account records.

71.   On or about July 2, 2021, I served Administrative
Subpoena 705544, upon Charter Communications for subscriber and
account information associated with the SUBJECT PHONE NUMBER. On
or about July 9, 2021, Charter Communication responded to the
subpoena and reported that the account for the SUBJECT PHONE
NUMBER was still subscribed to PIECUCH.

### I.   SEARCH WARRANT FOR SUBJECT PREMISES AND PIECUCH

72.   On July 20, 2021, the Honorable Kenly Kiya Kato,
United States Magistrate Judge for the Central District of
California, authorized search warrants 5:21-MJ-00486 and 5:21-
MJ-00487, which allowed searches of the SUBJECT PREMISES and the
person of PIECUCH.

#### 1.   Execution of Search Warrant

73.   On July 21, 2021, at approximately 6:03 a.m., law
enforcement personnel arrived at the SUBJECT PREMISES to execute
the search warrants.  Upon arrival, law enforcement personnel
announced their presence and demanded all individuals inside the
SUBJECT PREMISES come outside.  PIECUCH and his wife, Marylou
Piecuch, came out of the SUBJECT PREMISES.

74.   Law enforcement personnel took steps to secure the
property and prepared for the search of the SUBJECT PREMISES.
PIECUCH was taken to a vehicle and released from restraints, and
his wife was taken inside the SUBJECT PREMISES, unrestrained,
and sat in the living room.

### 2.   iPhone 8 Located in SUBJECT PREMISES

75.   During the search an iPhone was located on the desk in the home. I conducted a preliminary review of the phone and observed the phone model was an iPhone 8, IMEI 356764087909355, with the SUBJECT PHONE NUMBER listed as "My Number" in the phone settings. This was the same model phone listed as EXIF data on photos sent to the minor, and the same IMEI provided by Charter for the device using the SUBJECT PHONE NUMBER which was subscribed to PIECUCH.

76.   The Apple ID listed the phone user as "John Piecuch" with jp.inbox@hotmail.com. The Roblox application was downloaded and stored in the iPhone's application library.

### 3.   Items From Photographs PIECUCH Sent to Minor-1 Observed in SUBJECT PREMISES

77.   MINOR-1 received numerous images of a nude penis from the user of the SUBJECT PHONE NUMBER during their iMessage conversation. During the text conversation, the user of the SUBJECT PHONE NUMBER indicated that the images were of his penis. I reviewed the images and observed household items in the background.

78.   During the search of a shed type building, located under the carport of the SUBJECT PREMISES, investigators observed items that appeared to resemble items in some of these images, such as:

a.   A distressed desk chair partially covered in a brown vinyl type material, which was worn in areas to expose the

tan cloth underneath. The brown vinyl on the seat and edges were cracked and worn, exposing the tan cloth.

          i.    This item appeared to be the same as the seat in image 63194056985__5921ED2B-56C6-4A42-B7CF-D880E901F6BA. This image appeared to depict a white male seated, with his nude penis, with a freckle at the tip of the penis was exposed. The male appeared to be seated on a tan cloth seat and the edge of the seat was brown cracked vinyl.

          b.    A brown wooden desk with a red and black Shopvac under the desk, a yellow cat litter plastic bin, a rectangular white plastic bin, and a green container top.

          i.    These items appeared to have been in image 63194968196__BEE1BBDB-42A1-4D28-9F15-C54872FCDC02. This image appeared to depict a white male, standing with grey sweatpants down, exposing his nude penis. A wooden desk with a red and black Shopvac underneath, a yellow cat litter plastic bin with a green top, and a white plastic rectangular bin in the background.

### J.   PIECUCH's Application to be a Foster Parent

79.  On or about July 20, 2021, I obtained an updated criminal history for PIECUCH. The criminal history included an entry on June 24, 2021, for the California Family Life Center with code 16519.5 W&I. I determined that this code was associated with a process to foster children. The California Family Life Center is in Hemet and San Jacinto, California. It is an organization that assists with foster families, at-risk youth, and other youth support services. During the search of

the home, a packet with PIECUCH's information was observed on a document for a "Request For Live Scan Service" which was completed on June 24, 2021, for the California Family Life Center.

## V.   CONCLUSION

80.   For all the reasons described above, there is probable cause to believe that PIECUCH has committed violations of the SUBJECT OFFENSES, namely, 18 U.S.C § 2252A (a)(2) (Receipt of Child Pornography); and 18 U.S.C. § 1470 (Transfer of Obscene Material to Minors).



Michelle Goessens, Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before me on ~~July __, 2021.~~ August 3, 2021

UNITED STATES MAGISTRATE JUDGE

40